IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CHRISTOPHER SMITH,

    Petitioner,                           No. CIV S-09-0041 TJB

vs.

D. K. SISTO,

    Respondent.                    <u>ORDER</u>

_____/

      Petitioner John Christopher Smith is a state prisoner proceeding pro se with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. §2254. This case is submitted for decision but is currently unassigned to a United States District Judge. Since Respondent did not indicate his consent to jurisdiction by United States Magistrate Judge, the Clerk of the Court shall assign this case to a United States District Judge in accordance with the Court's general assignment plan.

IT IS SO ORDERED.

Dated: August 11, 2010.

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE